# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

HENRY KEMP,

      Plaintiff,

v.                                        Case No. 3:23-cv-79 (RCY)

GEORGIA-PACIFIC WOOD PRODUCTS
LLC
*a/k/a* GEORGIA-PACIFIC LLC
*a/k/a* EMPORIA PLYWOOD;
TIFFANY GARNER; and
EMPLOYEE DOE.

      Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HENRY KEMP, and Defendants, GEORGIA-PACIFIC WOOD PRODUCTS LLC a/k/a GEORGIA-PACIFIC LLC a/k/a EMPORIA PLYWOOD, TIFFANY GARNER, and EMPLOYEE DOE, by counsel, do **STIPULATE AND AGREE** that Plaintiff's Complaint in this matter is **HEREBY DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs and attorney's fees.

Dates: May 30, 2023

                                                        Respectfully submitted,

                                       **HENRY KEMP AND GEORGIA-PACIFIC**
                                            **WOOD PRODUCS LLC, et al.**

                                                              By Counsel

**WE DO HEREBY STIPULATE AND AGREE TO THE FOREGOING:**

ON BEHALF OF PLAINTIFF:

_____/s/_____
Frank H. Hupfl, III (VSB No. 82972)
Geoffrey R. McDonald & Associates
8720 Stony Point Pkwy, Suite 250
Richmond, Virginia 23235
(804) 888-8888 Telephone
(804) 359-5426 Facsimile
Email: fhupfl@mcdonaldinjurylaw.com


ON BEHALF OF ALL DEFENDANTS:

_____/s/_____
George P. Sibley, Ill (VSB #48773)
Kevin S. Elliker (VSB #87498)
Sarah C. Ingles (VSB #94812)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
804-788-8200 office
804-788-8218 fax
Email: gsibley@HuntonAK.com
Email: kelliker@HuntonAK.com
Email: singles@HuntonAK.com